```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 00923
    EDWARD LIESCH
                                               CHAPTER 13

                                               JUDGE: BRUCE W BLACK
        Debtor
    SSN XXX-XX-6404
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/12/05 and confirmed on 04/01/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  17100.00 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MORRIS BUILDING & LOAN | CURRENT MORTG | .00 | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 16896.43 | .00 | 11085.94 |
| MBNA AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4541.22 | .00 | 2979.55 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 21437.65 | .00 | 21437.65 |
| PRINCIPAL PAID | .00 | .00 | 14065.49 | .00 | 14065.49 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 14065.49 | .00 | 14065.49 |

The Debtor's attorney, RONALD D CUMMINGS                , was allowed $   2700.00
and was paid $    306.00  direct and $   2394.00  through the plan.

The Trustee received $    640.51 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 05/21/08                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE

```
                              PAGE   2
    CASE NO. 05 B 00923 EDWARD LIESCH
```